# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIBERTY BELL EQUIPMENT CORPORATION t/a MEDCO, | : : | |
| *Plaintiff*, | : : | CIVIL ACTION NO. 18-3019 |
| v. | : : | |
| COASTAL TOOL SUPPLY, LLC *Defendant*. | : : | |

## ORDER

**AND NOW**, this 8th day of November, 2018, upon consideration of the Complaint (ECF No. 1) and Request for Default Judgment for Sum Certain (ECF No. 5), it is hereby **ORDERED** that Plaintiff's Request for Default Judgment is **DENIED**.

It is further **ORDERED** that Plaintiff shall have <u>thirty (30) days</u> from the filing of this Order to amend the Complaint for failing to state a claim in accordance with Rules 8(a) and 9 of the Federal Rules of Civil Procedure.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II   J.